# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

Aleta A. Trauger
U.S. District Judge
615 736-7143
Fax 615 736-7156

825 U.S. Courthouse
801 Broadway
Nashville, Tennessee 37203

August 9, 2006

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re: Amendment to 2005 Disclosure Report

Dear Judge Smith:

. You have asked for additional information concerning my husband's income from law firm partnership reported in Part III B., line 1 of my 2005 Disclosure Report. My husband is a self-employed attorney partner with the law firm of Trauger & Tuke, which is the source of the income reported on this line of the Report.

Please consider this letter as an amendment to my 2005 Report. Thank you for your assistance.

Sincerely,



Aleta A. Trauger

/db

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Trauger, Aleta A | 2. Court or Organization<br><br>U.S. District Court (MD Tenn) | 3. Date of Report<br><br>06/28/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Ct.Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>825 U.S. Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Cornell College, Mt. Vernon, Iowa |
| 2. Member, Board of Trustees | St. Bernard Academy |
| 3. Member, National Council | Vanderbilt Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
Jul 5 3 45 PM '06
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 06/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Income from law firm partnership |
| 2. 2005 | Service on board of directors--Qualifacts Systems, Inc. |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 06/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nashville Bank & Trust | Mortgage on ▇▇▇ law firm building ▇▇▇ joint liability with other partners) | O |
| 2. Nashville Bank & Trust | Loan for ▇▇▇ law firm HVAC units ▇▇▇ joint liability with other partners) | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 06/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acc'ts. at SunTrust Bank, Nashville, TN | B | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | D | Interest | M | T | | | | | |
| 3. Robertson Stephens Emerging Growth Fund | | None | M | T | | | | | |
| 4. Coventry Health Care Inc. common stock | | None | N | T | gift | 12/15 | J | | West End UMC |
| 5. | | | | | gift | 12/22 | J | | Martin Meth. College |
| 6. | | | | | gift | 12/22 | J | | Cornell College |
| 7. | | | | | gift | 12/29 | J | | Vanderbilt University |
| 8. | | | | | gift | 12/29 | J | | Rotary Club |
| 9. Guilford Co., NC farmland | B | Rent | N | W | | | | | |
| 10. Cash surr. value NW Life policy | | None | L | T | | | | | |
| 11. Cash surr. value of 2 NW Life policies | | None | M | T | | | | | |
| 12. Parnassus Fund | B | Dividend | K | T | | | | | |
| 13. Interest in law firm bldg. (with partners) | | None | N | W | | | | | |
| 14. Profit sharing plan-Benefit Consultants Grp & Divers. Trust | | None | O | T | | | | | |
| 15. Fidelity Advisor Equity Growth Class T Fund | | None | | | sell | 8/10 | L | | |
| 16. Aintree Capital Acc't. - IRA a) Pershing Gov't. Acc't. | A | Interest | | | sell | 8/3 | J | | |
| 17. Knox County, TN munic. bonds | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Trauger, Aleta A | 06/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rutherford Co., TN gen. oblig. bonds | | None | K | T | | | | | |
| 19. ITECH Partners, L.P. | D | Dividend | K | W | | | | | |
| 20. Promissory note from Paul C. Ney, Jr. | | None | L | T | | | | | |
| 21. Moore County, NC timber land | | None | M | W | | | | | |
| 22. Qualifacts Systems, Inc. | | None | M | W | | | | | |
| 23. Metro Nashville Electric Revenue bonds | | None | K | T | | | | | |
| 24. CP Pool One, LLC | | None | J | W | | | | | |
| 25. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 26. Duke Energy Corp. | A | Dividend | | | sell | 10/5 | K | | |
| 27. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 28. Jefferson-Pilot Corp. | B | Dividend | K | T | partial sell | 10/5 | L | C | |
| 29. Occidental Pet. Corp. | A | Dividend | | | sell | 10/5 | J | D | |
| 30. Piedmont Natural Gas Co. | A | Dividend | J | T | | | | | |
| 31. Progress Energy Inc. | A | Dividend | | | sell | 10/5 | J | D | |
| 32. Verizon Communications | A | Dividend | | | sell | 10/5 | J | | |
| 33. Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 34. TN Housing Development Agcy. Homeownership Bonds | B | Interest | K | T | partial call | 1/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Trauger, Aleta A | 06/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | partial call | 4/1 | J | | |
| 36. The Camelot Schools, LLC (2 notes) | | None | J | T | | | | | |
| 37. Centennial Money Market (A.G. Edwards) | A | Interest | J | T | | | | | |
| 38. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |
| 39. A.G. Edwards & Sons Brokerage Acct. | | | | | | | | | |
| 40. - American Balanced Fund, Inc. | C | Dividend | L | T | buy | var. | J | | div. reinvest. |
| 41. | | | | | buy | 10/5 | K | | |
| 42. - Capital Income Builder Fund | C | Dividend | L | T | buy | var. | J | | div. reinvest. |
| 43. | | | | | buy | 10/05 | K | | |
| 44. - Capital World Growth & Income Fund | D | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 45. | | | | | buy | 10/5 | L | | |
| 46. - Growth Fund of America, Inc. | B | Dividend | L | T | buy | var. | J | | div. reinvest. |
| 47. | | | | | buy | 10/5 | K | | |
| 48. - Investment Co. of America | C | Dividend | L | T | buy | var. | J | | div. reinvest. |
| 49. | | | | | buy | 10/5 | K | | |
| 50. - New Perspective Fund | D | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 51. | | | | | buy | 10/5 | K | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000; R =Cost (Real Estate Only); P4 =More than $50,000,000; T =Cash Market
   (See Column C2) Q =Appraisal; V =Other
   U =Book Value; S =Assessment; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 06/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI.

1. Mortgage from SunTrust on previous report transferred to Nashville Bank and Trust.

VII.

13. Not taking into account the outstanding mortgage.

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 06/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date 6-29-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544